UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24802-JLK

JAMES WATSON,

    Plaintiff,
v.

KARTELL US, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on Plaintiff James Watson's Notice of Voluntary Dismissal (DE 6) filed March 12, 2024, in the above-styled case indicating that Plaintiff voluntarily dismisses the action with prejudice pursuant to Fed. R. Civ. P. 41(a). Accordingly, after a careful review of the record and the Court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above-styled case is hereby **DISMISSED with Prejudice**.

2. All unresolved pending motions in this case are hereby **DENIED** as moot.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of March, 2024.

                                           JAMES LAWRENCE KING
                                           UNITED STATES DISTRICT JUDGE

**cc:**    **All Counsel of Record**
        **The Clerk of Court**